UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1428

 CARLOS D. A. SANTOS,
 Petitioner,

 v.

 IMMIGRATION AND NATURALIZATION SERVICE,
 Respondent.

 

 Before
 Torruella, Chief Judge, 
 Stahl and Lynch,
 Circuit Judges. 
 

 ORDER OF COURT

 Entered August 28, 1997

 The INS contends that the appropriate court in which to
raise a constitutional or jurisdictional challenge to a
deportation order is the court of appeals in the context of a
petition for judicial review, rather than the district court in
the context of a habeas petition. Consequently, the INS has
moved for reconsideration of our April 17, 1997 order, which
dismissed petitioner's petition for judicial review for lack of
jurisdiction, but left open the possibility that petitioner might
be able to obtain some review through a habeas petition filed in
the district court. The INS's position is foreclosed by our
decision in Kolster v. INS, 101 F.3d 785 (1st Cir. 1996).

 The petition for rehearing is denied.

 By the Court